AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF NEVADA

BRICK PRINEST HOUSTON,

    Plaintiff,

V.

BRIAN WILLIAMS, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:17-CV-00201-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file another application to proceed *in forma pauperis* or pay the full filing fee in compliance with this Court's April 3, 2017, order (ECF No. 2).

  May 11, 2017                                                                    **DEBRA K. KEMPI**
                                                                                                     Clerk

                                                                                           /s/ D. R. Morgan
                                                                                             Deputy Clerk